# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TORRES, | CASE NO. CV13-1200MWF(JCGx) |
| *Plaintiff* | |
| v. | [~~PROPOSED~~] PROTECTIVE ORDER |
| CITY OF LOS ANGELES, and 50 UNKNOWN NAMED EMPLOYEES OF THE CITY OF LOS ANGELES, | |
| *Defendants.* | |

The parties having so stipulated, and good cause appearing, the Stipulated Protective Order filed by the parties is hereby granted.

IT IS SO ORDERED:

DATED: August 7, 2013

_____
Jay C. Gandhi
UNITED STATES MAGISTRATE JUDGE