**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK TORRES, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | CASE NO. 2:13-CV-01200-MWF-JCG<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER** |

1  The parties having so stipulated, and good cause appearing, the Joint Stipulation for
2  Protective Order protecting Plaintiff's medical and mental health records filed by
3  the parties is hereby granted.

5  IT IS SO ORDERED.

7  DATED: September 27, 2013  _____
   Honorable Jay C. Gandhi
   U.S. Magistrate Judge