1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TORRES,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, BRIAN INDRELAND and CHRISTOPHER GREEN,<br><br>          Defendants. | Case No.  2:13-CV-01200-MWF (JCGx)<br><br>The Honorable Michael W. Fitzgerald<br><br><br>**JUDGMENT AFTER TRIAL** |

We, THE JURY, in the above-entitled action, now reach our unanimous verdict on the following questions submitted to us:

***Fourth Amendment Claims/Excessive Force***

**QUESTION NO. 1**: Did Defendant Brian Indreland violate Plaintiff Patrick Torres' Fourth Amendment rights by using excessive force against him?

*Answer (check "Yes" or "No")*

YES_____ NO___**X**____

*If you answered "Yes", please proceed to the next question.*

*If you answered "No", please proceed to Question No. 3.*

**QUESTION NO. 2**: Was the excessive force that you found in Question No. 1 a substantial factor in causing harm to Plaintiff Patrick Torres?

*Answer (check "Yes" or "No")*

YES_____ NO_____

*Please proceed to the next question.*

**QUESTION NO. 3**: Did Defendant Christopher Green violate Plaintiff Patrick Torres' Fourth Amendment rights by using excessive force against him?

*Answer (check "Yes" or "No")*

YES_____ NO___**X**____

*If you answered "Yes", please proceed to the next question.*

*If you answered "No" to this question, please proceed to Question No. 6.*

-1-

JUDGMENT AFTER TRIAL

1  **QUESTION NO. 4**: Where was Plaintiff Patrick Torres hit by the skateboard?

2  *Answer (check "Yes" or "No")*

3        HEAD                YES_____ NO _____

4        BODY                YES_____ NO _____

5        RIGHT ARM     YES_____ NO _____

6  *Please proceed to the next question.*

7

8  **QUESTION NO. 5**: Was the excessive force that you found in Question No. 3 a

9  substantial factor in causing harm to Plaintiff Patrick Torres?

10  *Answer (check "Yes" or "No")*

11                      YES_____ NO_____

12  *Please proceed to the next question.*

13

14  ***Fourth Amendment Claim/Arrest without Probable Cause***

15

16  **QUESTION NO. 6**: Did Defendant Brian Indreland violate Plaintiff Patrick Torres'

17  Fourth Amendment rights by arresting him without probable cause?

18  *Answer (check "Yes" or "No")*

19                      YES_____ NO___**X**___

20  *If you answered "Yes", please proceed to the next question.*

21  *If you answered "No" to this question, please proceed to Question No. 8.*

22

23  **QUESTION NO. 7**: Was the arrest a substantial factor in causing harm to Plaintiff

24  Patrick Torres?

25  *Answer (check "Yes" or "No")*

26                      YES_____ NO_____

27  *Please proceed to the next question.*

28

JUDGMENT AFTER TRIAL

*Negligence*

**QUESTION NO. 8:** Was Defendant Brian Indreland negligent?

*Answer (check "Yes" or "No")*

YES_____ NO __<u>**X**</u>__

*If you answered "Yes", please proceed to the next question.*

*If you answered "No", please proceed to Question No. 11.*

**QUESTION NO. 9**: Was the negligence you found in Question No. 8 a substantial factor in causing harm to Plaintiff Patrick Torres?

YES_____ NO_____

*If you answered "Yes", please proceed to the next question.*

*If you answered "No", please proceed to Question No. 11.*

**QUESTION NO. 10:** Did the bean bag round hit Plaintiff Patrick Torres?

*Answer (check "Yes" or "No")*

YES_____ NO _____

*Please proceed to the next question.*

**QUESTION NO. 11:** Was Defendant Christopher Green negligent?

*Answer (check "Yes" or "No")*

YES_____ NO __<u>**X**</u>__

*If you answered "Yes", please proceed to the next question.*

*If you answered "No" to this question, but "Yes" to Question No. 9, please proceed to Question No. 13.*

*If you answered "No" to both this question and Question Nos. 8 or 9, please proceed to the instructions placed before Question 15.*

JUDGMENT AFTER TRIAL

**QUESTION NO. 12**: Was the negligence you found in Question No. 10 a substantial factor in causing harm to Plaintiff Patrick Torres?

YES_____ NO_____

*If you answered "Yes", please proceed to the next question.*

*If you answered "No" to this question, but "Yes" to Question No. 9, please proceed to Question No. 13.*

*If you answered "No" to both this question and Question Nos. 8 or 9, please proceed to the instructions placed before Question 15.*

**QUESTION NO. 13**:

Was Plaintiff Patrick Torres negligent?

YES_____ NO_____

*Please proceed to the next question.*

**QUESTION NO. 14**: What percentage of responsibility do you assign to the negligent conduct, if any, of the following?

| | |
|---|---|
| OFFICER BRIAN INDRELAND | _____ % |
| OFFICER CHRISTOPHER GREEN | _____ % |
| PATRICK TORRES | _____ % |
| | TOTAL 100 % |

*If you answered "Yes" to <u>any</u> of the following Questions: Nos. 2, 5, 7, 9, or 12, please answer Question No. 15.  Otherwise, please sign and return this special verdict form.*

***Damages***

**QUESTION NO. 15**: What damages, if any, do you award Plaintiff Patrick Torres to compensate him for:

|  |  |
|---|---|
| Past physical, mental and emotional | |
| pain and suffering: | $_____ |
| Future mental and emotional | |
| pain and suffering: | $_____ |
| Past medical bills: | $_____ |
| Future medical bills: | $_____ |

*If you answered "Yes" to <u>any</u> of Questions 2, 5, or 7, please <u>also</u> answer question No. 16.  Otherwise, please sign and return this special verdict form.*

///
///
///
///
///
///
///
///
///
///
///
///

JUDGMENT AFTER TRIAL

1  *Punitive Damages*

2

3  **QUESTION NO. 16**: Did you find that either Defendant acted with malice,

4  oppression or in reckless disregard of the rights of Plaintiff Patrick Torres?

5  *Answer (check "Yes" or "No") following the name of each Defendant:*

6       OFFICER BRIAN INDRELAND        YES_____ NO _____

7       OFFICER CHRISTOPHER GREEN     YES_____ NO _____

8

9  Please sign and return this special verdict form.

10

11

12  Dated: <u>February 2, 2015</u>     Signed: __*Confidential*_____

13                             Presiding Juror

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT AFTER TRIAL

1       Pursuant to Rules 54(a) and 58(b)(2)(A) of the Federal Rules of Civil

2   Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that

3   judgment on the merits be entered in favor of Defendants CITY OF LOS

4   ANGELES, OFFICER BRIAN INDRELAND, and OFFICER CHRISTOPHER

5   GREEN, and against Plaintiff PATRICK TORRES, and that Plaintiff takes nothing;

6   and that Defendants CITY OF LOS ANGELES, OFFICER BRIAN INDRELAND,

7   and OFFICER CHRISTOPHER GREEN be entitled to recover their costs from the

8   Plaintiff in accordance with Local Rule 54.

9

10

11   Dated: February 9, 2015

12   MICHAEL W. FITZGERALD
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7-

JUDGMENT AFTER TRIAL